NICHOLAS M. WAJDA
Nevada State  Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702)-900-6339
Email Address: nick@wajdalawgroup.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEANA IRENE BINETTE, | Case No.  2:19-cv-00091 |
| Plaintiff, | **CERTIFICATE IF INTERESTED PARTIES** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Pursuant to and Local Civil Rule 7.3, SHEANE IRENE BINETTE ( " Plaintiff") , makes the following disclosures:

1. Sheana Irene Binette, Plaintiff

2. Portfolio Recovery Associates, LLC, Defendant

Dated: January 15, 2019

                                                            Respectfully Submitted,

                                                            <u>/s/ Nicholas M. Wajda</u>
                                                            Nicholas M. Wajda
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702)-900-6339
nick@wajdalawgroup.com
*Attorney for Sheana Irene Binette*